IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COLUMBIA SAINT MARY'S HOSPITAL )
MILWAUKEE, INC. )
2323 North Lake Drive, )
Milwaukee, Wisconsin 53211 )  Case: 1:08-cv-00479
Provider No.: 52-0051 )  Assigned To : Huvelle, Ellen S.
                Assign. Date : 3/20/2008
 Plaintiff           Description: Admn. Agency Review

v. )

MICHAEL O. LEAVITT, Secretary of the United States )
Department of Health and Human Services, )
200 Independence Ave., S.W. )
Washington, D.C. 20201 )

 Defendant )

**LCVR 26.1 CERTIFICATE OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

 I, Jacqueline E. Bennett, counsel of record for Plaintiff, certify that to the best of my knowledge and belief, there is no parent company, subsidiary, or affiliate of the Plaintiff, which has outstanding securities in the hands of the public.

 These representations are made in order that judges of this Court may determine the need for recusal.

Dated: March 20, 2008

Respectfully submitted,

*/s/ Jacqueline E. Bennett*
Jacqueline E. Bennett
DC Bar #474355
**REED SMITH LLP**
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, DC 20005
(202) 414-9200
(202) 414-9299 Facsimile
JBennett@ReedSmith.com

Attorneys for Plaintiff