CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Columbia Saint Mary's Hospital Milwaukee, Inc.
　　Plaintiff(s)

vs.    Civil Action No. 1:08-cv-00479

Michael O. Leavitt
　　Defendant(s)

### AFFIDAVIT OF MAILING

I, Jacqueline E. Bennett, hereby state that:

On the 21 day of March, 2008, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

## Civil Process Clerk - Office of the United States Attorney

I have received the receipt for the certified mail, No. 7007 3020 0001 2670 8764 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 31 day of March, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

4/08/08                                  *Jacqueline E. Bennett*
(Date)                                      (Signature)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Lawrence    C. Date of Delivery: 3-31-08 |
| 1. Article Addressed to:<br>Civil Process Clerk<br>Office of the United States Attorney<br>555 4th Street, N.W.<br>Washington, D.C. 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label): 7007 3020 0001 2670 8764 | |
| PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540 | |