CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Columbia Saint Mary's Hospital Milwaukee, Inc.
Plaintiff(s)

vs.

Civil Action No. 1:08-cv-00479

Michael O. Leavitt
Defendant(s)

## AFFIDAVIT OF MAILING

I, Jacqueline E. Bennett, hereby state that:

On the 21 day of March, 2008, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Michael O. Leavitt - Secretary of the United States Department of Health and Human Services

I have received the receipt for the certified mail, No. 7007 3020 0001 2670 8771 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 28 day of March, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

4/08/08
(Date)

Jacqueline E. Bennett
(Signature)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael O. Leavitt
Secretary of the United States
Department of Health &
Human Services
200 Independence Ave., S.W.
Washington, D.C. 20021

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name): MAR. 22 2008
C. Date of Delivery: 2008

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7007 3020 0001 2670 8771

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540