UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLUMBIA SAINT MARY'S HOSPITAL MILWAUKE, INC, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL O. LEAVITT, Secretary, United States Department of Health and Human Services, <br><br> Defendant. | Civ. Action No. 08-0479 (ESH) |

## PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Christopher B. Harwood as counsel of record for the Defendant in the above-captioned case.

Respectfully submitted,

/s/
CHRISTOPHER B. HARWOOD
N.Y. Reg. No. 4202982
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372