UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLUMBIA SAINT MARY'S HOSPITAL MILWAUKEE, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL O. LEAVITT, Secretary, <br> U.S. Department of Health and Human Services, <br><br> Defendant. | Case No. 1:08CV00479 (ESH) |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Michael O. Leavitt, the Secretary of Health & Human Services ("the Secretary"), by and through his undersigned counsel, respectfully moves this Court for a thirty (30) day enlargement of time, up to and including June 30, 2008, to answer or otherwise respond to Plaintiff's Complaint. Pursuant to Local Civil Rule 7(m), the Secretary's counsel contacted Plaintiff's counsel on May 21, 2008 and discussed the relief sought in this motion. During that conversation, Plaintiff's counsel agreed to this motion. In support of the instant motion, the Secretary states as follows:

1. Plaintiff initiated this action with the filing of its Complaint on March 20, 2008.

2. The Complaint was served on the office of the United States Attorney for the District of Columbia on March 31, 2008. Thus, the Secretary's response to Plaintiff's Complaint is currently due by May 30, 2008. See Fed. R. Civ. P. 6(a), 12(a)(2).

3. Plaintiff challenges a decision by the Administrator of the Centers for Medicare & Medicaid Services ("CMS") made during the course of an administrative review of Plaintiff's claim for increased Medicare payment.  The matters at issue in this action are complex, and require careful investigation of the administrative record before the Secretary answers or otherwise responds to the Complaint.

4. The Office of the Attorney Advisor ("OAA") within CMS is responsible for compiling administrative records for all actions filed in courts throughout the country that challenge the Secretary's final decisions on provider reimbursement disputes, and, thus, OAA's workload is quite heavy.

5. The Secretary's counsel has not yet received the administrative record for this action from the OAA.  Upon receipt of the administrative record, counsel will need time to review the record, consult with the agency as necessary, and prepare an appropriate response to Plaintiff's Complaint.

6. In order to allow sufficient time for OAA to compile the administrative record, and for counsel to review that record, consult with the agency as necessary and prepare an appropriate response to the Complaint, the Secretary respectfully requests an enlargement of time of 30 days, up to and including June 30, 2008, within which to answer or otherwise respond to Plaintiff's Complaint.

7. This request is made in good faith and not for purposes of delay.

8. The Secretary has not previously requested or received an extension of time to respond to Plaintiff's Complaint.

9. There are no other previously scheduled deadlines in this case that this request would affect.

A proposed Order is attached.

Respectfully submitted,

_/s/_
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_/s/_
CHRISTOPHER B. HARWOOD
N.Y. Reg. No. 4202982
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 Fourth Street, NW
Washington, DC 20530
(202) 307-0372


_/s/_
ROBERT W. BALDERSTON
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare and Medicaid Services
330 Independence Ave., S.W.
Washington, D.C. 20201
(202) 619-3601

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLUMBIA SAINT MARY'S HOSPITAL MILWAUKEE, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 1:08CV00479 (ESH) |
| MICHAEL O. LEAVITT, Secretary, U.S. Department of Health and Human Services, | ) ) ) ) |
| Defendant. | ) ) ) |

## ORDER

Having considered Defendant's Consent Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint, and the entire record herein, it is this _____ day of _____, 2008, hereby:

ORDERED that Defendant's Consent Motion is hereby granted; and it is

FURTHER ORDERED that Defendant shall have up to and including June 30, 2008 to answer or otherwise respond to Plaintiff's Complaint.

ELLEN S. HUVELLE
United States District Court Judge

Copy to: ECF Counsel