**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| COLUMBIA SAINT MARY'S HOSPITAL MILWAUKEE, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. Action No. 08-0479 (ESH) |
| MICHAEL O. LEAVITT, Secretary, United States Department of Health and Human Services, | ) ) ) ) | |
| Defendant. | ) | |

**NOTICE OF FILING OF ADMINISTRATIVE RECORD**

Defendant, the Secretary of Health and Human Services, United States Department of Health and Human Services, hereby notices the filing of the administrative record in the above-captioned action. The record, which contains one volume, exceeds 500 pages and thus, in accordance with the Court's ECF rules, has been filed and served in hard copy and on compact disk.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
CHRISTOPHER B. HARWOOD
N.Y. Reg. No. 4202982
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.

Washington, D.C. 20530
(202) 307-0372

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that a copy of the foregoing Defendant's Notice of Filing of

Administrative Record, with a copy of the Administrative Record, has been sent by Federal

Express, this 7th day of July, 2008, addressed to:

Jacqueline Elizabeth Bennett
REED SMITH LLP
1301 K Street, NW
Suite 1100 - East Tower
Washington, DC 20005


                            /s/
                         Christopher B. Harwood