## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COLUMBIA SAINT MARY'S HOSPITAL MILWAUKEE, INC. | ) ) ) ) |
| Plaintiff | ) ) |
| v. | )  Case No. 08-cv-0479 (ESH) |
| MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services, | ) ) ) ) |
| Defendant | ) ) ) |

### JOINT MOTION FOR ENTRY OF BRIEFING SCHEDULE

Plaintiff Columbia Saint Mary's Hospital Milwaukee, Inc. and Defendant Michael O.

Leavitt, Secretary of Health and Human Services, pursuant to this Court's July 1, 2008 request,

jointly move that the following schedule be entered to govern further proceedings of this matter:

1.    The parties wish to explore a potential settlement of this matter prior to the onset

of briefing of dispositive motions.  As discussions may take some time, and because of other

scheduling obligations, the parties therefore request that the onset of briefing be delayed until

**October 30, 2008**.

2.    The parties propose the entry of a briefing schedule for dispositive motions as

follows:

| | |
|---|---|
| Plaintiff's Motion for Summary Judgment | **October 30, 2008** |
| Defendant's Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment | **December 12, 2008** |
| Plaintiff's Opposition to Defendant's Cross-Motion for Summary Judgment and Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment | **January 16, 2009** |

Defendant's Reply to Plaintiff's Opposition to Defendant's          **February 13, 2009**
Motion for Summary Judgment

Defendant filed the administrative record for this matter with the Court on July 7, 2008

and has served a copy of the administrative record on Plaintiff's counsel.

WHEREFORE the parties ask that their motion be granted.

A proposed order is attached.


Dated: July 15, 2008

Respectfully submitted,


_____/s/_____

Jacqueline E. Bennett
DC Bar #474355
**REED SMITH LLP**
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, DC  20005
(202) 414-9200
(202) 414-9299 Facsimile
JBennett@ReedSmith.com

Attorneys for Plaintiff



_____/s/_____

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610


_____/s/_____

CHRISTOPHER B. HARWOOD
Assistant United States Attorney
United States Attorney's Office
 for the District of Columbia
555 Fourth Street, NW
Washington, DC 20530

_____/s/_____

ROBERT W. BALDERSTON
Attorney
U.S. Department of Health & Human Services
Office of the General Counsel
Room 5309 Cohen Building
330 Independence Ave., SW
Washington, DC 20201
(202) 619-3601

Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COLUMBIA SAINT MARY'S HOSPITAL MILWAUKEE, INC. ) ) ) ) | |
| Plaintiff ) | |
| v. ) | Case No. 08-cv-0479 (ESH) |
| MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services, ) ) ) | |
| Defendant ) ) | |

### ORDER

Upon consideration of the parties' Joint Motion for Entry of Briefing Schedule, and

seeing that good cause exists for the granting of this Motion, it is hereby ORDERED that the

parties' Joint Motion be GRANTED as follows:

    1.    The initial briefing of dispositive motions in this case shall be delayed until

**October 30, 2008** in order that the parties may discuss the possibility of resolving this matter.

    2.    The parties shall file dispositive motions as follows:

| | |
|---|---|
| Plaintiff's Motion for Summary Judgment | **October 30, 2008** |
| Defendant's Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment | **December 12, 2008** |
| Plaintiff's Opposition to Defendant's Cross-Motion for Summary Judgment and Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment | **January 16, 2009** |
| Defendant's Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment | **February 13, 2009** |

Dated: _____

                                      _____

                                      United States District Judge